IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMAR HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-453 (MTT) ) |
| Warden ERIC SELLARS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing the Plaintiff's claims for denial of freedom of speech and of the press, "discrimination," and retaliation. (Doc. 9). The Plaintiff has filed an objection to the Recommendation. (Doc. 12). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, these claims are **DISMISSED without prejudice**.

SO ORDERED, this 15th day of April, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT